In the Matter of the Opening of Lexington Avenue, from Ninety-seventh to One Hundred and Second Street, in the City of New York, JOHN SCHREYER, Appellant.

(Argued May 23, 1892; decided June 7, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made April 18, 1892, which affirmed an order of Special Term denying a motion to set aside the report of the commissioners of estimate and assessment appointed herein.

*James A. Deering* for appellant.

*David J. Dean* for respondent.

Agree to dismiss appeal on stipulation; no opinion.
All concur.
Appeal dismissed,